IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STANCIL MCNAIR, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> LOCAL 44 ELECTION COMMITTEE, *et al.*, <br><br> *Defendants*. | Case No. 25-cv-3913-ABA |

## ORDER

The Court will hold a hearing regarding Plaintiffs' emergency motion for a temporary restraining order and preliminary injunction (ECF No. 10) on Friday, December 5 at 12:30 p.m. The hearing will take place in person at the Edward A. Garmatz United States District Courthouse, 101 W Lombard Street, Baltimore, MD 21201.

Date: December 3, 2025

_____/s/_____
Adam B. Abelson
United States District Judge